# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MUHAMMAD AHMAD ABDALLAH AL ANSI, *et al.*, | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 08-1923 (GK) |
| | : | |
| GEORGE W. BUSH, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Upon consideration of the issuance of this Court's Case Management Order #2, it is hereby

**ORDERED**, that a Status Conference be scheduled for **February 11, 2009 at 10:00 a.m.**; and it is further

**ORDERED**, that on **February 6, 2009 by 4:00 p.m.**, parties shall submit a Joint Status Report. The Report shall address the progress of discovery, the status of any outstanding motions, and raise any additional issues that the parties wish to discuss.


January 26, 2009                                    /s/
                                                    Gladys Kessler
                                                    United States District Judge


**Copies via ECF to all counsel of record**